IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KANO LABORATORIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-01788 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST AID CORPORATION dba 1ST AYD CHEMICAL CORPORATION, | ) ) ) | |
| Defendant. | | |

**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COUNTERCLAIMS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Kano Laboratories, LLC ("Kano" or "Plaintiff"), by its undersigned counsel, brings this Stipulated Motion for Extension of Time to Answer or Otherwise Plead to the Counterclaims, and respectfully asks that this Court enter an order extending by thirty (30) days the time for Plaintiff to answer or otherwise plead in response to Defendant First Aid Corporation dba 1st Ayd Chemical Corporation's ("1st Ayd" or "Defendant") Counterclaim. The above parties have agreed to such extension, and in support hereof, state as follows:

1. Plaintiff's action is for trademark infringement, counterfeiting, and unfair competition in violation of the Lanham Act, 15 U.S.C. § 1114, 15 U.S.C. § 1116(d) and 15 U.S.C. § 1125(a). (*See generally*, Complaint, Dkt. No. 1.)

2. Defendant filed its Answer to Plaintiff's Complaint, Affirmative Defenses, and Counterclaim on March 14, 2025. (*See generally,* Counterclaim, Dkt. No. 12.) Defendant's counterclaim is for trademark misuse and unfair competition, declaratory judgment, and violation

1

of the Illinois Deceptive Trade Practices Act. (*Id.*) Currently, Plaintiff has until April 4, 2025 to answer or otherwise respond to Defendant's Counterclaim.

3. Plaintiff and Defendant are exploring the possibility of resolving this matter through a negotiated settlement. The parties believe that additional time would benefit the parties in their settlement efforts, avoid further litigation costs, and conserve judicial resources.

4. No party will be prejudiced by the sought extension.

5. This request is made in the interests of justice and not for the purposes of delay.

6. WHEREFORE, the parties respectfully request that the Court grant Plaintiff an extension of thirty (30) days of time within which to answer or otherwise plead, until and including.

Dated: April 3, 2025

*/s/ Jacqueline Brousseau*

Jacqueline Brousseau
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Email: brousseauj@gtlaw.com

William Y. Klett, III, Esq.
(*admitted pro hac vice*)
BURR & FORMAN LLP
100 Calhoun Street, Suite 400
Charleston, South Carolina 29402
Phone: (843) 973-6805
Fax: (803) 933-1470
Email: wklett@burr.com

*Attorneys for Plaintiff Kano Laboratories LLC*

*/s/  Jerome W. Pinderski*

Paul C. Pinderski
Jerome W. Pinderski
PINDERSKI & PINDERSKI, LTD.
115 West Colfax Street
Palatine, Illinois 60067
Phone: (847) 358-5220
Fax: (847) 358-4506

*Attorneys for Defendant First Aid Corporation dba 1st Ayd Chemical Corporation*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that all counsel of record who are deemed have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 3, 2025

*/s/ Jacqueline V. Brousseau*
Jacqueline V. Brousseau