UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Kano Laboratories LLC
                        Plaintiff,

v.                                                     Case No.: 1:25−cv−01788
                                                    Honorable Joan B. Gottschall

First Aid Corporation
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties having reached a settlement in principle, their agreed request [17] for a thirty−day extension to and including June 24, 2025, of plaintiff's deadline to answer or otherwise respond to defendant's counterclaims is granted. The deadline [16] of May 22, 2025, to file a joint initial status report is stricken. Closing papers or a status report must be filed by and including July 1, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.